# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **SHEILA KELLEY, et. al.** ) | **CASE NO. 1:07CV1299** |
| ) | |
| **PLAINTIFFS,** ) | **JUDGE CHRISTOPHER A. BOYKO** |
| ) | |
| vs. ) | |
| ) | **STIPULATED NOTICE OF RULE 41(A)** |
| ) | **VOLUNTARY DISMISSAL WITHOUT** |
| **UAW LOCAL 2000, et. al.** ) | **PREJUDICE** |
| ) | |
| **DEFENDANTS** ) | |
| ) | |
| ) | |

The parties hereby stipulate and give notice that this matter is hereby voluntarily dismissed against all defendants, without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with the right to re-file.

/s/ Elena N. Lougovskaia
Elena N. Lougovskaia (0072907)
**LOUGOVSKAIA BOOP LLC**
815 Superior Ave., Suite 2015
Cleveland, OH 44114-2701
Tel:    216.920.3041
Fax:   216.588.9389
E-mail:
elougovskaia@lougoboop.com
COUNSEL FOR PLAINTIFFS

/s/ Matthew W. Hoyt

Ronald G. Linville (0025803)
Joseph C. Devine (0065428)
Matthew W. Hoyt (0073027)
BAKER & HOSTETLER LLP
65 East State Street, Ste 2100
Columbus, OH 43215-4260
Telephone: 614.228.1541
Facsimile: 614.462.2616
rlinville@bakerlaw.com
jdevine@bakerlaw.com
mhoyt@makerlaw.com
Attorneys for Defendant Ford Motor Company

/s/ Gina Fraternali

Joyce Goldstein (0029467)
Gina Fraternali (0081502)
Josie K. Lipsitz (0081899)
1040 The Leader Building
526 Superior Ave. E
Cleveland OH 44114
(216) 771-6633
(216) 771-7559
jgoldstein@unionlaw.cc
gfraternali@unionlaw.com
jlipsitz@unionlaw.com

Attorneys for Defendant Unions

**IT IS SO ORDERED:**

s/Christopher A. Boyko

**JUDGE**

**DATE:** 10/16/07